GROVE PRESS, INC., *v.* GERSTEIN, STATE
ATTORNEY, ET AL.

No. 718. Decided June 22, 1964.

*Edward de Grazia* and *Richard Yale Feder* for
petitioner.

*James W. Kynes,* Attorney General of Florida, *Leonard
R. Mellon,* Assistant Attorney General, and *Glenn C.
Mincer* for respondents.

PER CURIAM.

The petition for a writ of certiorari is granted, and the
judgment is reversed. MR. JUSTICE BLACK and MR.
JUSTICE DOUGLAS would reverse for the reasons stated
in the opinion of MR. JUSTICE BLACK in *Jacobellis* v.
*Ohio, ante,* p. 196. MR. JUSTICE BRENNAN and MR.
JUSTICE GOLDBERG would reverse for the reasons stated
in the opinion of MR. JUSTICE BRENNAN in *Jacobellis,
ante,* p. 184. MR. JUSTICE STEWART would reverse for
the reasons stated in his opinion in *Jacobellis, ante,* p.
197. THE CHIEF JUSTICE, MR. JUSTICE CLARK, MR.
JUSTICE HARLAN, and MR. JUSTICE WHITE are of the
opinion that certiorari should be denied.